668

■ SAL J. PIAZZA, Respondent, v. FRED P. GOLDHIRSCH, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ (A) GLORIA THORP, Appellant, v. CENTER THEATRE CORPORATION, Appellant. (B) ROY A. RAFOS, JR., by ROY H. RAFOS, His Guardian ad Litem, et al., Appellants, v. WILLIAM ROLNICK et al., Individually and Doing Business as BROADWAY AUTO PARTS, Respondents.— [In each action] Motion by appellant[s] for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ VICKY HALIO, Appellant, v. ELI M. LURIE, Respondent.— Motion by respondent for leave to appeal to the Court of Appeals. Motion denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ ETHEL MOSES, as Administratrix of the Estate of DAVID MOSES, Deceased, Respondent-Appellant, v. CITY OF NEW YORK, Defendant, CONSOLIDATED EDISON CO. OF NEW YORK, INC., et al., Respondents, and H. R. H. CONSTRUCTION CORPORATION et al., Appellants-Respondents. H. R. H. CONSTRUCTION CORPORATION, Third-Party Plaintiff-Respondent-Appellant, v. KINGSBORO CONSTRUCTION CO., INC., Third-Party Defendant-Appellant, and SIDNEY V. LIPKINS et al., Doing Business as LIPKINS KAHN CO., Third-Party Defendants-Respondents. City of New York, Fourth-Party Plaintiff, v. KINGSBORO CONSTRUCTION CO., INC., et al., Fourth-Party Defendants. BROADWAY MAINTENANCE CORP., Fifth-Party Plaintiff, v. KINGSBORO CONSTRUCTION CO., INC., Fifth-Party Defendant. LINKO CORPORATION, Fifth-Party Plaintiff-Respondent, v. KINGSBORO CONSTRUCTION CO., INC., Fifth-Party Defendant-Appellant.— Motions by H. R. H. Construction Corporation and Ethel Moses, as administratrix, for reargument or for leave to appeal to the Court of Appeals, denied. Motion by Linko Corporation for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ JOHN AKSAMIT, Appellant, v. SARAH K. ROBERTSON, Respondent.— No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.